**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Bonnie Lynn MacDonald a/k/a Bonnie Lynn MacDonald | CHAPTER 13 |
| Debtor(s) | BKY. NO. 23-13574 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust 2007-AHL2, Asset-Backed Pass-Through Certificates, Series 2007-AHL2 and index same on the master mailing list.

                                        Respectfully submitted,

                                    /s/ **Mark A. Cronin**
                                    Mark Cronin
                                    30 Nov 2023, 09:34:28, EST

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322