*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Bonnie Lynn MacDonald<br>   aka Bonnie Lynn MacDonald<br><br>   Debtor(s). | Case No. 23–13574–mdc<br><br>Chapter: 13 |

## ORDER

     AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated November 27,2023, this case is hereby DISMISSED.

Date 12/18/2023

_____
Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court

Missing Documents:
Matrix
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1
Means Test Calculation Form 122C–2
Chapter 13 Plan
Schedules AB–J
Statement of Financial Affairs
Summary of Assets and Liabilities